**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 727 MAL 2019

          Respondent              :

                                           :   Petition for Allowance of Appeal
                                           :   from the Order of the Superior Court

          v.                              :

                                           :

NAADIR HANIF ABDUL-ALI,           :

                        :

          Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 28th day of April, 2020, the Petition for Allowance of Appeal is **DENIED**.